LINK:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 11-02692 GAF (MANx) | Date | September 16, 2011 |
|---|---|---|---|
| Title | Gina Copes v. Allstate Insurance Company et al | | |

| Present: The Honorable | **GARY ALLEN FEESS** | |
|---|---|---|
| Renee Fisher | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**     **(In Chambers)**

### ORDER TO SHOW CAUSE

The Court has received and read the scheduling conference statement in this case. The statement reveals that Plaintiff has not participated in the process and has provided none of the information required by Rule 26(f) and this Court pursuant to its "Order Regarding Rule 26(f) Conference and Joint Report." Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE** why the case should not be dismissed for lack of prosecution. The response is due no later than the close of business on Monday, September 26, 2011.

The Scheduling Conference set for Monday, September 19, 2011 is VACATED.

**FAILURE TO RESPOND TO THIS ORDER TO SHOW CAUSE WILL BE DEEMED CONSENT TO DISMISSAL.**

    **IT IS SO ORDERED.**