JS-6

# THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA COPES, an individual | Case No. 11-CV-02692 GAF (MANx) |
| Plaintiff, | [*Hon. Gary A. Feess, Ctrm 740*] |
| v. | |
| ALLSTATE INSURANCE COMPANY, a Illinois corporation; and DOES 1-20, inclusive, | **JUDGMENT** |
| Defendants. | |
| | Complaint Filed: December 23, 2010<br>FAC Filed: April 14, 2011 |

15437108v.3

1    Defendant Allstate Insurance Company's Motion for Summary Judgment
2 was noticed for hearing on September 10, 2012, at 9:30 a.m. in Courtroom 740 of
3 the above-entitled Court, the Honorable Gary A. Feess, District Judge, presiding.
4 The Court subsequently allowed supplemental briefing by both parties.

5    The pleadings and evidence having been fully considered, the issues having
6 been duly heard, and a decision having been duly rendered, IT IS ORDERED
7 AND ADJUDGED, in accordance with the Court's order filed on March 27, 2013,
8 that Plaintiff Gina Copes take nothing, that the action be dismissed with prejudice
9 and on the merits, and that Defendant Allstate Insurance Company recover its
10 costs.

12 DATED: April 10, 2013    _____
13        HONORABLE GARY A. FEESS
         United States District Judge
14        U.S. District Court
         for the Central District of California

15437108v.3                             1

**JUDGMENT**
11-CV-02692 GAF (MANx)