JS-6

# THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA COPES, an individual | Case No. 11-CV-02692 GAF (MANx) |
| Plaintiff, | [*Hon. Gary A. Feess, Ctrm 740*] |
| v. | |
| ALLSTATE INSURANCE COMPANY, a Illinois corporation; and DOES 1-20, inclusive, | **JUDGMENT** |
| Defendants. | |
| | Complaint Filed: December 23, 2010 |
| | FAC Filed: April 14, 2011 |

15437108v.3

Defendant Allstate Insurance Company's Motion for Summary Judgment was noticed for hearing on September 10, 2012, at 9:30 a.m. in Courtroom 740 of the above-entitled Court, the Honorable Gary A. Feess, District Judge, presiding. The Court subsequently allowed supplemental briefing by both parties.

The pleadings and evidence having been fully considered, the issues having been duly heard, and a decision having been duly rendered, IT IS ORDERED AND ADJUDGED, in accordance with the Court's order filed on March 27, 2013, that Plaintiff Gina Copes take nothing, that the action be dismissed with prejudice and on the merits, and that Defendant Allstate Insurance Company recover its costs.

DATED: April 10, 2013

*Gary Feess*

HONORABLE GARY A. FEESS
United States District Judge
U.S. District Court
for the Central District of California